```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Bruce Belton

    v.                                    Civil No. 09-345-JD

United States of America


## PROCEDURAL ORDER

The petitioner has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the petitioner's sentencing held on January 11, 2007, in United States v. Bruce Belton, 04-cr-192-01-JD. The court has reviewed the motion.

The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion,

a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

    SO ORDERED.

                                        Joseph A. DiClerico, Jr.
                                        District Judge

Date:  December 2, 2009

cc:  Bruce Belton, pro se
     Aixa Maldonado-Quinones, Esquire